JESSIE CORNELL V. THE STATE.

No. 22071. Delivered April 15, 1942.

The opinion states the case.

No attorney for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged by complaint and information with selling whisky in dry territory.

Apparently he was tried, convicted and his punishment assessed at a fine of $100.00, but we find in the record neither a judgment of conviction nor any notice of appeal. In the absence of either, this court is without jurisdiction.

The appeal is dismissed.